read the transcript containing ten bills of exceptions, and we think the ruling of the careful trial court was correct in each instance. It would serve no useful purpose to again discuss the facts or the law applicable thereto. Suffice it to say, the trial court in a proper charge submitted pertinent facts to the jury for their consideration, and we remain convinced that the jury arrived at a proper solution of such facts.

Thus believing, the motion for a rehearing will be overruled.

The record is without statement of facts or bills of exceptions.

Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## HASSELL v. STATE.

### No. 23352.

Court of Criminal Appeals of Texas.

May 8, 1946.

G. C. Harris, of Greenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty, appellant was convicted of driving an automobile upon a public highway while intoxicated, and his punishment fixed at a fine of $150.00 and thirty days' confinement in jail.